# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT - WDTX

CASE SEALED: __   UNSEALED: XXX

**SA13CR0588**

DIVISION: SAN ANTONIO                                      CASE NO.

USAO#: 2009R08222                 COUNTY: BEXAR

DATE: July 17, 2013              MAG.CT.#: _____                FBI #: ████

ASSISTANT U.S. ATTORNEY: JAMES BLANKINSHIP                 DEF. D.O.B.: ████

DEFENDANT: LAWRENCE PETER FENTI (2)                        DEF. SSN: ████

DEFENDANT'S A/K/A'S: _____                              MALE: XX   FEMALE: __

DEFENDANT'S ADDRESS: ████

CITIZENSHIP:   United States: X     Mexican: ___     Other: ___

INTERPRETER NEEDED:   YES: ___     NO: ___     Language: ___

DEFENSE ATTORNEY'S NAME: Jeffrey A. Kearney
                       Employed: XX    Appointed: ___

DEFENSE ATTORNEY'S ADDRESS: 3100 W. 7th Street, Fort Worth, TX  76107

DEFENDANT: In Jail: __     Where: _____                 Writ Attached: NO
           On Bond: __     Amount of Bond: _____
           Recommendation: BOND
           Bond in the amount of: $50,000 (secured 100%)

TO BE ARRESTED: X    DATE OF ARREST: _____    BENCH WARRANT NEEDED: YES

PROBATION OFFICER: _____              NAME & ADDRESS OF SURETY: _____

PROSECUTION BY:    X  INDICTMENT        ___ INFORMATION        ___ OTHER

OFFENSE: (Code & Description): Count 1: 18 U.S.C. § 371, Conspiracy; Counts 2, 10-12, 21-22, 34: 18 U.S.C. § 201(b), Bribery; Counts 3-6, 18 U.S.C. § 287, False claims against the U.S.; Counts 7-9, 33: 18 U.S.C. § 208(a) & 216(a)(2), Participating in a government matter affecting personal interest; Counts 16-20, 31-32: 18 USC 1001(a)(3), False statements to U.S. Army; Counts 23-29, 18 USC 1343, Wire Fraud; Count 30, 18 U.S.C. § 912, Impersonation of Army Officer, Counts 36-40: 18 USC 1956(a)(1)(B)(i), Money laundering; 18 USC 981(a)(1)(A), Demand for forfeiture.

OFFENSE IS:    FELONY X    CLASS A MISDEMEANOR __    CLASS B/C PETTY OFFENSE __

MAXIMUM SENTENCE (Each Count): Counts 1-12, 16-22, 31-33, 34:  5 years imprisonment; $250,000 or twice the gross gain or loss fine; 3 years supervised release, $100 mandatory special assessment; Counts 23-29:  20 years imprisonment; $250,000 or twice the gross gain or loss fine; 5 years supervised release, $100 mandatory special assessment, Count 30:  3 years imprisonment; $250,000 fine; 1 year supervised release, $100 mandatory special assessment; Counts 36-40:  20 years imprisonment; $500,000 or twice the gross gain or loss fine; 5 years supervised release, $100 mandatory special assessment, as to each count.

MANDATORY PENALTY:    Yes: X    No: __  As to special assessment only.

REMARKS: SA S. Lane Allen / U.S. Army CID

Rev. 03/2012