UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | NO. SA-13-CR-588 FB |
| ) | |
| LAWRENCE PETER FENTI, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO EXTEND REPORT DATE

The United States moves the Court to extend Defendant Fenti's report date to the Bureau of Prisons.

Currently, Defendant Fenti is scheduled to report to the Bureau of Prisons on April 20, 2015. The trial of Co-Defendant John Hoffman is now scheduled for March 2015. Defendant Fenti will likely be a witness in the trial of John Hoffman, a co-Defendant, if Hoffman elects trial. The government requests a delay of Fenti's reporting date to the Bureau of Prisons until a date after Hoffman's trial or guilty plea in order to facilitate trial preparation.

Fenti and his counsel have advised the government that they agree to the delayed reporting date.

Wherefore, premises considered, the United State prays that the prison reporting date of Defendant Fenti be delayed until June 15, 2015.

>Richard L. Durbin, Jr.
>Acting United States Attorney
>
>/s/James Blankinship
>Assistant United States Attorney
>601 NW Loop 410, 6th Floor
>San Antonio, Texas 78216
>210/384-7100
>State Bar of Texas 02456750

CERTIFICATE OF SERVICE

I hereby certify that on the date recited below a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

>Kurt Gransee and
>Kevin Collins

CS

April 13, 2015 /S/ James Blankinship
Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | NO. SA-13-CR-588 FB |
| ) | |
| LAWRENCE PETER FENTI, ) | |
| ) | |
| Defendant. ) | |

ORDER TO EXTEND REPORT DATE

The United States has filed a motion to extend Defendant Fenti's report date to the Bureau of Prisons.

Currently, Defendant Fenti is scheduled to report to the Bureau of Prisons April 20, 2015. If Co-Defendant John Hoffman proceeds to trial, Defendant Fenti will likely be a witness in the Hoffman trial. The government states that a delay of Fenti's reporting date to the Bureau of Prisons until a date after the completion of Hoffman's trial or guilty plea will facilitate trial preparation.

Fenti and his counsel have advised the government that they agree to the delayed reporting date.

It is, therefore, ORDERED that the reporting date of Defendant Fenti is delayed until June 15, 2015.

So ORDERED.

Date: _____

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE